**Order filed October 20, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00648-CV
_____

**LINDA FERREIRA, Appellant**

**V.**

**DOUGLAS W. BUTLER AND DEBRA L. BUTLER, Appellees**

On Appeal from the Probate Court No 3
Harris County, Texas
Trial Court Cause No. 441962

## O R D E R

Appellant's brief was due September 28, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 10, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM